# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 25-03165-04/05-CR-S-BP |
| ) | |
| BRADLEY RAY HALE and ) | |
| MONICA LEIGH KESLING, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a Motion to Permit Joint Representation filed by attorneys Joseph Passanise, James Hayes, and Thomas Carver on behalf of defendant Monica Leigh Kesling (5). (Doc. 105.) Ms. Kesling asks the Court to permit joint representation of herself and co-defendant Bradley Ray Hale (4) by Mr. Passanise, Mr. Hayes, and Mr. Carver. Mr. Hale is currently represented by appointed counsel Stuart Huffman.

Joint representation occurs when two or more defendants have been charged jointly and the defendants are represented by the same counsel. Fed. R. Crim. P. 44(c). Under such circumstances, the court must

> promptly inquire about the propriety of joint representation and must personally advise each defendant of the right to the effective assistance of counsel, including separate representation. Unless there is good cause to believe that no conflict of interest is likely to arise, the court must take appropriate measures to protect each defendant's right to counsel.

Fed. R. Crim. P. 44(c).

In accordance with Rule 44(c), separate hearings for each defendant were conducted. First, on January 7, 2026, Mr. Hale appeared before the undersigned with his attorney, Mr. Huffman, and stated that he agreed with the Motion and wants to be jointly represented with Ms. Kesling by

Mr. Passanise, Mr. Hayes, and Mr. Carver.  The undersigned advised Mr. Hale of his right to effective assistance of counsel, including separate counsel, questioned him about his waiver of said right, advised him of the potential danger of joint representation, and allowed him to ask questions about the joint representation.

Then, on January 8, 2026, Ms. Kesling appeared before the undersigned with her attorney, Mr. Carver, and stated that she wants to be jointly represented with Mr. Hale by Mr. Passanise, Mr. Hayes, and Mr. Carver.  The undersigned advised Ms. Kesling of her right to effective assistance of counsel, including separate counsel, questioned her about her waiver of said right, advised her of the potential danger of joint representation, and allowed her to ask questions about the joint representation.

Upon review, the undersigned finds that Mr. Hale and Ms. Kesling have both knowingly, voluntarily, and intelligently waived their right to effective assistance of counsel, including separate representation.  Also, there is no indication at present that an actual conflict of interest exists.  Therefore, the Motion to Permit Joint Representation is **GRANTED**.  Upon the entry of Mr. Passanise, Mr. Hayes, and/or Mr. Carver as counsel for Mr. Hale, Mr. Huffman should then move to withdraw as counsel.

**IT IS SO ORDERED.**

/s/ *David P. Rush*  
DAVID P. RUSH  
UNITED STATES MAGISTRATE JUDGE

DATE: January xx, 2026